ANTONIO SALERNO and VIRGINIA SALERNO, Respondents, v. A. E. OTTAVIANO, INC., Appellant.— Action to recover damages for injuries to plaintiffs' house, alleged to have been caused by negligent blasting. Judgment of the County Court of Westchester county in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ISIDORE WEINFELD, Appellant, v. SAMUEL KAPLAN and JOHN C. VON GLAHN, Respondents.— Action to recover damages for personal injuries sustained by plaintiff in falling through an opening in the floor of a store where he was working. The complaint was dismissed as to both defendants at the close of plaintiff's case. As to respondent Von Glahn, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. As to respondent Kaplan, judgment affirmed, with costs. Johnston, Adel and Taylor, JJ., concur. No opinion. Lazansky, P. J., and Hagarty, J., dissent, vote to reverse and grant a new trial, with the following memorandum: In view of the dismissal of the complaint, giving to plaintiff the most favorable inferences that can be drawn from the testimony, the conclusion is warranted that plaintiff was in Kaplan's employment. Kaplan knew of the dangerous condition that existed in the store and it was his duty to warn plaintiff thereof.

LAVERNE WILKIE, an Infant, by CORNELIUS McDOUGALD, Guardian ad Litem, Respondent, v. ALFRED ERNEST WILKIE, Appellant.— Action by an infant, through her guardian ad litem, to establish her legitimacy. Judgment declaring that the infant plaintiff is the legitimate child of the defendant, Alfred Ernest Wilkie, and Winifred Wilkie, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.